The People of the State of New York, Respondent, v. Veronica Meyer-Murch, Appellant.— Judgment reversed and defendant discharged. No

opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.